UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-14063-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LATRISHA HUNT,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to Appeal to the District Court and Petition for DeNovo Review of the Magistrate's Report and Recommendation on Denying the Appropriateness of Counsel's CJA Voucher for Attorney's Fees, [D.E. 290].

**THE MATTER** was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge on September 3, 2008. A Report and Recommendation filed on September 11, 2008, recommended that Defendant's CJA Voucher #FLS 07-1436 be **granted only** insofar as Ms. Brochu shall be awarded the sum of $7,000.00 as attorney's fees and the sum of $1,330.87 for travel reimbursement, and $54.40 for other costs, for a total sum of $8,385.27. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Lynch, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of October, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Counsel of Record