UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14063-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LATRISHA LEE HUNT,

    Defendant.
_____/

FILED by _____ D.C.

FEB - 7 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATIONS AS SET FORTH IN THE PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a hearing on February 7, 2014 in respect to the pending Petition Alleging Violations Of Supervised Release and this Court having conducted a hearing wherein the Defendant advised this Court that she wished to admit the two violations as set forth in the Petition, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on February 7, 2014 for a preliminary and final hearing in respect to the Petition Alleging Violations Of Supervised Release which alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about December 11, 2013, the defendant tested positive for the presence of marijuana in our local laboratory, and was subsequently confirmed positive by Alere Toxicology Services. |
| **Violation Number 2** | **Violation of Special Condition**, by failing to participate in a Residential Reentry Center. On or about December 29, 2013, the defendant was unsuccessfully discharged from the Salvation Army Residential Reentry Center. |

2. After consultation with her attorney, the Defendant announced to this Court that she wished to admit Violations Numbers 1 and 2, as set forth in the Petition.

3. In respect to the factual basis to support the Defendant's admissions to the violations set forth in the Petition, the government submitted Government's Exhibit No. 1 which is a two page lab report confirming the Defendant's urine specimen to have tested positive for the presence of marijuana/cannabinoid. Government's Exhibit No. 2 offered at the hearing is a Behavior Report from the Salvation Army Community Correction Center in West Palm Beach, Florida. That exhibit reflects that on December 29, 2013, at approximately 1:41 p.m., the Defendant packed her belongings and informed the staff at the Center that she was leaving. The Defendant thereafter left the Center without permission and was placed on "abscond status" and terminated. Both of these exhibits were admitted without objection from the Defendant.

These exhibits are being considered by the Court as well as the factual basis set forth in each of the violations described in the Petition. Neither the government nor the Defendant wished to present any further factual basis to support the Defendant's admissions to these two violations.

4. The government announced the possible maximum penalties which the Defendant was facing. The Defendant stated that she understood those penalties. This Court questioned the Defendant and made certain that she understood her rights in regards to an evidentiary hearing in respect to the violations contained in the Petition. Further, the Defendant acknowledged that she understood her rights in that regard and

further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

**ACCORDINGLY**, based upon the Defendant's admissions to Violations Numbers 1 and 2 under oath, this Court recommends to the District Court that the Defendant be found to have violated her supervised release in respect to Violations Numbers 1 and 2 as set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this _7th_ day of February, 2014, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Russell Killinger
AFPD Fletcher Peacock
U. S. Probation